# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD ALLEN | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-07289 |
| STERLING CAPITAL PARTNERS, L.P.; STERLING CAPITAL PARTNERS GMBH & CO. KG, and STERLING FUND MANAGEMENT, LLC; ARIZONA SUMMIT LAW SCHOOL, LLC; FLORIA COASTAL SCHOOL OF LAW, INC.; CHARLOTTE SCHOOL OF LAW, LLC; INFILAW CORPORATION; INFILAW HOLDING, LLC; BARBRI, INC.; and KAPLAN, INC. | ) ) ) ) ) ) ) ) ) ) ) | Hon. Ronald A. Guzman |
| Defendants. | ) | |

**DEFENDANT KAPLAN, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant KAPLAN, INC. ("Kaplan") respectfully moves this Court for a sixty (60) day extension of time to respond to Plaintiff UNITED STATES OF AMERICA e*x rel.* EDWARD ALLEN's Complaint (Dkt. 1), up to and including June 15, 2021. In support of this motion, Kaplan states as follows:

1. Kaplan was served with the Summons and Complaint in this matter on March 26, 2021 and was thus, due to respond on April 16, 2021.

2. Kaplan requires this extension to conduct an investigation into the claims made against it in the Complaint in order to adequately respond to the Complaint.

3. This motion is not being brought for the purpose of delay and will cause no prejudice to Plaintiff.

4. Counsel for Plaintiff does not oppose this motion.

**WHEREFORE,** Defendant Kaplan, Inc., respectfully requests that this Court grant its motion for extension of time to answer or otherwise plead up to and including June 15, 2021, and for such other relief this Court deems appropriate.

Dated: April 8, 2021                                Respectfully submitted,

                                                    */s/ Andrew Green*

                                                    Andrew R. Greene
                                                    Kehinde A. Durowade
                                                    ELEVATENEXT LAW
                                                    218 N. Jefferson Street, Suite 300
                                                    Chicago, IL 60661
                                                    312 676 5473 – Telephone
                                                    andrew.greene@elevateservices.com
                                                    kehinde.durowade@elevateservices.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on April 8, 2021 by causing a true and accurate copy to be filed and transmitted to all counsel of record via the court's CM/ECF electronic filing system:

> Jennifer Prager Sodaro
> Law Office of Jennifer Sodaro
> PO Box 25130
> Scottsdale, AZ 85255
> 602-697-5866
> Email: jennifersodaro@gmail.com
>
> *Counsel for Relator Edward Allen*
>
> AUSA - Chicago
> United States Attorney's Office (NDIL - Chicago)
> 219 South Dearborn Street
> Chicago, IL 60604
> Email: USAILN.ECFAUSA@usdoj.gov
>
> *Counsel for United States of America*

/s/ Andrew Greene