## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

United States of America, et al.

                  Plaintiff,

v.                                    Case No.: 1:19−cv−07289

                                    Honorable Ronald A. Guzman

Sterling Capital Partners, L.P., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Defendant Kaplan, Inc.'s motion for an extension of time to answer or otherwise plead [26] is granted in part. Kaplan, Inc. shall answer or otherwise plead no later than May 20, 2021. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.