# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* EDWARD ALLEN<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STERLING CAPITAL PARTNERS, L.P.; STERLING CAPITAL PARTNERS GMBH & CO. KH, and STERLING FUND MANAGEMENT, LLC; ARIZONA SUMMIT LAW SCHOOL, LLC; FLORIDA COASTAL SCHOOL OF LAW, INC.; CHARLOTTE SCHOOL OF LAW, LLC; INFILAW CORPORATION; INFILAW HOLDING, LLC; BARBRI, INC.; and KAPLAN, INC.<br><br>　　　　　Defendants. | Case No. 1:19-cv-07289<br><br>Honorable Ronald A. Guzman<br><br>**Oral Argument Requested** |

## DEFENDANT KAPLAN, INC.'S MOTION TO DISMISS

Defendant Kaplan, Inc. ("Kaplan") respectfully moves to dismiss Relator Edward Allen's Complaint (ECF 1) with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1), 12(b)(6), and/or 9(b). As explained in the accompanying Memorandum of Law in Support of Motion to Dismiss, Relator's Complaint should be dismissed for the following reasons:

1. Relator's case must be dismissed under the False Claims Act ("FCA") public disclosure bar;

2. Relator failed to state a claim for violation of the FCA against Kaplan by failing to plead elements of his claims;

3. Relator's conclusory allegations do not meet the pleading standards under either Rule 12(b)(6) or 9(b); and

4. Relator fails to plead conspiracy with the requisite specificity.

Because leave to amend would be futile, Kaplan respectfully requests that the Court dismiss Relator's Complaint with prejudice as to Kaplan, and award Kaplan any other appropriate relief.

Dated: May 20, 2021                                   Respectfully submitted,

*/s/ Nicola T. Hanna*

| | |
|---|---|
| Andrew Robert Greene<br>ElevateNext Law<br>218 N. Jefferson Street, Suite 300<br>Chicago, IL 60661<br>(312) 676-5473<br>andrew.greene@elevateservices.com<br><br>Kehinde A. Durowade<br>ElevateNext Law<br>218 N. Jefferson Street, Suite 300<br>Chicago, IL 60661<br>(312) 676-5475<br>kehinde.durowade@elevateservices.com<br><br>*Counsel for Kaplan, Inc.* | Nicola T. Hanna*<br>James L. Zelenay, Jr.*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Phone: (213) 229-7000<br>Fax: (213) 229-6000<br>nhanna@gibsondunn.com<br>jzelenay@gibsondunn.com<br><br>Jeremy S. Ochsenbein*<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California Street<br>Denver, CO  80202<br>Phone: (303) 298-5700<br>Fax: (303) 298-5907<br>jochsenbein@gibsondunn.com<br><br>*Counsel for Kaplan, Inc.*<br>* *pro hac vice* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2021, I caused the foregoing to be served upon counsel of record through the court's electronic filing system.

                                                    */s/ Kehinde Durowade*
                                                    Kehinde A. Durowade